IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CHRISTOPHER SANDLIN**            **PLAINTIFF**

V.           No. 4:14-cv-216-DPM

**DONALD CASTLEBERRY,**
**Police Officer, Ward County**           **DEFENDANT**

### ORDER

Sandlin has not paid the $400.00 filing fee or filed an application for leave to proceed *in forma pauperis*. Sandlin must do one or the other by 13 June 2014 or his complaint will be dismissed. The Clerk is directed to forward to Sandlin an *in forma pauperis* application. Motion for service, № 3, denied without prejudice as premature.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2014