IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CHRISTOPHER SANDLIN**                                    **PLAINTIFF**

V.                          No. 4:14-cv-216-DPM

**DONALD CASTLEBERRY,**
**Police Officer, Ward County**                            **DEFENDANT**

## ORDER

Sandlin has not paid the $400.00 filing fee or filed an application for leave to proceed *in forma pauperis*. The Court warned that if he didn't do either by 13 June 2014, his complaint would be dismissed. № 4. He hasn't, and the time has passed. His complaint is therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 June 2014