IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CHRISTOPHER SANDLIN                                 PLAINTIFF

V.                        No. 4:14-cv-216-DPM

DONALD CASTLEBERRY,
Police Officer, Ward County                          DEFENDANT

## JUDGMENT

Sandlin's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2014